UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0169--CV (JKS)
"JAMES BRELAND V FRED MEYER STORE INC"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/18/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   RACE & DISCRIMINATORY RETALIATION
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 07/18/05 receipt # 00126164
         Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            BRELAND, JAMES                   Darryl D. Walker
                                                    % HOPPNER LAW OFFICE
                                                    330 Wendell Street, Suite F
                                                    POB 70767
                                                    Fairbanks, AK 99707
                                                    907-452-2492
                                                    FAX 907-452-4020

DEF 1.1            FRED MEYER STORE INC             Peter E. Gruenstein
                                                    Gruenstein Hickey et al
                                                    500 L Street, Suite 401
                                                    Anchorage, AK 99501
                                                    907-258-4338

                                                    James R. Dickens
                                                    Miller Nash
                                                    4400 Two Union Square
                                                    601 Union Street
                                                    Seattle, WA 98101-2352
                                                    206-622-8484

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0169--CV (JKS)
                         "JAMES BRELAND V FRED MEYER STORE INC"

                                   For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/18/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   RACE & DISCRIMINATORY RETALIATION
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 07/18/05 receipt # 00126164
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/18/05 | Complaint filed; Summons issued. |
| 2 - 1 | 07/18/05 | PLF 1 Jury Demand. |
| 3 - 1 | 08/18/05 | DEF 1 Attorney Appearance of Peter Gruenstein. |
| 4 - 1 | 08/18/05 | DEF 1 Jury Demand. |
| 5 - 1 | 08/18/05 | Return of Service of summons & complaint executed 8/4/05. |
| 6 - 1 | 08/23/05 | DEF 1 motion for participation of out-of-state counsel, James R. Dickens. |
| 6 - 2 | 08/24/05 | JKS Order granting motion for participation of out-of-state counsel, James R. Dickens (6-1). cc: cnsl |
| 7 - 1 | 08/24/05 | DEF 1 Stipulation for extension of time until 9/19/05 to file answer to plaintiff's complaint. |
| 8 - 1 | 09/19/05 | DEF 1 Answer to Complaint. |
| 9 - 1 | 09/19/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 10 - 1 | 10/11/05 | DEF 1 Disclosure Statement. |
| 11 - 1 | 10/14/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 12 - 1 | 10/20/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 05/01/06; Dispositive motions deadline 06/01/06; Estimate of trial 5 days. cc: cnsl |