Peter Gruenstein
GRUENSTEIN & HICKEY
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907) 258-4338
Facsimile: (907) 258-4350
E-mail: ghlaw@gci.net
ghlaw3@gci.net

Attorneys for Defendant Fred Meyer Stores, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| JAMES BRELAND, | ) |
| | ) |
| Plaintiff, | ) Case No. A05-169 Civ. (TMB) |
| vs. | ) |
| | ) **NOTICE OF CHANGE OF ADDRESS** |
| FRED MEYER STORES, INC., | ) |
| | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that the address for the law offices of Gruenstein & Hickey has changed. All pleadings, orders and other writings may be made upon the undersigned at:

Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK  99501

The firm's telephone number, fax number and e-mail addresses remain unchanged.

-1-

DATED this 26th day of January, 2006, at Anchorage, Alaska.

                                                GRUENSTEIN & HICKEY
                                                Attorneys for Defendant


                                      By:  <u>s/peterg</u>
                                              Peter Gruenstein, ABA 7910079


<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing
was electronically transmitted on this 26th day
January, 2006. to James R. Dickens
and by U.S. mail to Darryl D. Walker, Esq.

<u>s/peterg</u>