RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LAW OFFICE OF DARRYL D. WALKER
12281 NW Kearney Street
Portland, OR  97229
(206) 392-5453

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| FRED MEYER STORE, INC., | ) |
|  | ) Case No. A05-169 CI (JKS) |
| Defendant. | ) ABA No. 0506045 |
|  | ) |

## MOTION FOR WITHDRAWAL BY ATTORNEY AND CONSENT

COMES NOW Darryl D. Walker of LAW OFFICE OF DARRYL D. WALKER, and HOPPNER LAW OFFICE, attorney for Plaintiff, James Breland, pursuant to Local Rule 83.1(f)(3), and moves the court for an order permitting the withdrawal of Darryl D. Walker and HOPPNER LAW OFFICE (if there is any indication that Hoppner Law Office has entered its appearance), as counsel for Plaintiff in the above-captioned action.

James Breland, the Plaintiff in the above-entitled action, may be served at the following address:

James Breland
P. O. Box 142212
Anchorage, AK  99514-2212

MTN WITHDRAW WITH CONSENT
Case No. A05-169 CIV
Breland v. Fred Meyer Stores, Inc.
Page 1 of 2

1  James Breland may be contacted at the following telephone
2  number(s):
3     Home – (907) 229-6429.
4  James Breland has entered his consent to this withdrawal
5  as evidenced by his signature below.
6     DATED at Fairbanks, Alaska, this ___ day of _____, 2006.

         LAW OFFICE OF DARRYL D. WALKER
         Attorney for Plaintiff

         _____
         Darryl D. Walker
         ABA No. 0506045

## CONSENT

I, JAMES BRELAND, hereby consent to the withdrawal of Darryl D. Walker and HOPPNER LAW OFFICE as my attorneys in the above-captioned action. Further, the address and telephone numbers set forth above are true and accurate.

DATED at Fairbanks, Alaska, this 21st day of March, 2006.

         _____
         JAMES BRELAND

CERTIFICATE OF SERVICE
I certify that on the 31st day of March 2006, a true copy of this document was
(X) Mailed (X) Faxed ( ) Hand-Delivered to:

James R. Dickens, Esq. – faxed: (206) 622-8484
Peter Gruenstein – faxed: (907) 258-4350

HOPPNER LAW OFFICE
By: _____

MTN WITHDRAW WITH CONSENT
Case No. A05-169 CIV
Breland v. Fred Meyer Stores, Inc.
Page 2 of 2