RECEIVED
APR 03 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LAW OFFICE OF DARRYL D. WALKER
12281 NW Kearney Street
Portland, OR 97229
(206) 392-5453

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND,<br>Plaintiff,<br>vs.<br>FRED MEYER STORE, INC.,<br>Defendant. | Case No. A05-169 CI (JKS)<br>ABA No. 0506045 |

**ORDER GRANTING WITHDRAWAL BY ATTORNEY AND CONSENT**

Darryl D. Walker of LAW OFFICE OF DARRYL D. WALKER and Hoppner Law Office, having moved the court pursuant to Local Rule 83.1(f)(3) for an order permitting their withdrawal as counsel for Plaintiff James Breland, and the client, having consented to the withdrawal of Darryl D. Walker of Law Office of Darryl D. Walker and of Hoppner Law Office, and the court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Darryl D. Walker of Law Office of Darryl D. Walker and Hoppner Law Office is permitted to withdraw as counsel for Plaintiff James Breland, in the above-captioned action.

1    IT IS FURTHER ORDERED that from the date of this
2 order, all future service may be made upon Plaintiff James
3 Breland at P. O. Box 142212, Anchorage, AK  99514-2212,
4 telephone numbers:  Home - (907) 229-6429.
5    DATED at Anchorage, Alaska, this ___ day of _____,
6 2006.
7
8                                    _____
9                                    JAMES K. SINGLETON
                                     United States District Judge
10

Certificate of Service
11  I certify that on the 31st day
    of March, 2006, a true copy
12  of this document was
    (X) Mailed  (X) Faxed  ( ) Hand Delivered
13  to:

    James R. Dickens, Esq. - faxed: (206) 622-8484
14  Peter Gruenstein - faxed:  (907) 258-4350

    HOPPNER LAW OFFICE
15
    By: _____
16

17

18

19

20

21

22

23

24

25

    ORDER FOR WITHDRAWAL ATTORNEY
26  Case No. A05-169 CI (JKS)
    Breland v. Fred Meyer Store, Inc.
    Page 2 of 2