IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND,<br><br>        Plaintiff,<br><br>  vs.<br>FRED MEYER STORE, INC.,<br><br>        Defendant. | Case No.  3:05-cv-169 TMB<br><br><br>O R D E R |

   Pursuant to Local Rule 11.1, Darryl D. Walker of LAW OFFICE OF DARRYL D. WALKER and HOPPNER LAW OFFICE, has moved to withdraw as counsel for Plaintiff, James Breland.  Docket 18.  Counsel has provided written consent of the client.

   However, discovery is scheduled to be completed in this matter on May 1, 2006, with a dispositive motions deadline of June 1, 2006.  Docket 12.  Mr. Walker's withdrawal leaves Mr. Breland without an attorney of record on the eve of the close of discovery.  Accordingly, a hearing is required under LR 11.1(c)(3)[B].  A hearing has been scheduled for **Monday, April 10, 2006, at 11:00 a.m. in Courtroom 1.**

   Any party wishing to participate telephonically may do so by contacting Patty Demeter at 907-677-6144 no later than Friday, April 7, 2006, at 3:00 p.m.   The presence of Plaintiff James Breland (whether telephonically or in person) is required.

   Dated at Anchorage, Alaska, this 6th day of April, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge

1