LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska  99501
leeholen@gci.net
(907) 278-0298 tel
(907) 248-0247 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-169 CI (JKS) |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORE, INC., ) | |
| ) | |
| Defendant. ) | **ENTRY OF APPEARANCE** |
| _____ ) | |

COMES NOW attorney, Lee Holen, and enters her appearance as attorney of record for Plaintiff James Breland, and hereby requests that all further pleadings and documentation be served upon her at 608 W. 4th Avenue, Suite 21, Anchorage, Alaska 99501.

DATED this 8th day of May, 2006.

                                              LEE HOLEN LAW OFFICE
                                              Attorney for Plaintiff

                                       By:  s/Lee Holen
                                           Lee Holen
                                           Alaska Bar No. 7810027

Certificate of Service
I certify that a copy of the foregoing was electronically transmitted on the 8th day of May, 2006, to James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office