LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRED MEYER STORE, INC., )<br>)<br>Defendant. )<br>_____) | Case No. A05-169 CI (TMB)<br><br><br><br><br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff, by and through counsel, moves this court for an extension of time on all remaining pretrial deadlines, including extending the time for close of discovery.

After withdrawal of his original attorney, Plaintiff secured new counsel on May 8, 2006. Because discovery and other deadlines are close at hand, he requests a three month extension of time on all remaining matters, with the following extended pretrial deadlines:

| | |
|---|---|
| 6/31/06 | Final, Revised Witness Lists |
| 8/01/06 | Close of Discovery |
| 8/31/06 | Dispositive and motions in limine |

This motion is not interposed for delay. Plaintiff's new counsel is a sole practitioner and due to the pendency of other matters, three months will be required to

complete discovery and prepare this case for trial. Local Counsel for Defendant has indicated that Defendant does not oppose this motion.

    DATED this 10th day of May, 2006.

                                              LEE HOLEN LAW OFFICE
                                              Attorney for Plaintiff

                                    By: s/Lee Holen
                                          Lee Holen
                                          Alaska Bar No. 7810027

<u>Certificate of Service</u>
I certify that a copy of the foregoing was electronically transmitted on the 10th day of May, 2006, to James R. Dickens and Peter E. Gruenstein.

<u>s/Lee Holen</u>
Lee Holen Law Office

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Unopposed Motion for Extension of Time
Case No. A05-169 CI (TMB)
Page 2 of 2