LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-169 CI (TMB) |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORE, INC., ) | **PROPOSED ORDER ON** |
| ) | **PLAINTIFF'S UNOPPOSED** |
| Defendant. ) | **MOTION FOR EXTENSION OF** |
| _____ ) | **TIME** |

Pursuant to Plaintiff's Unopposed Motion for Extension of Time, the extensions of time are granted and the following deadlines apply:

    6/31/06    Final, Revised Witness Lists

    8/01/06    Close of Discovery

    8/31/06    Dispositive and motions in limine

DATED this _____ day of _____, 2006.

_____
Hon. Timothy M. Burgess
U.S. District Court Judge

Lee Holen Law Office
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net