LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-169 CI (TMB) |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORE, INC., ) | |
| ) | |
| Defendant. ) | **CASE STATUS REPORT** |
| _____) | |

Pursuant to the court's Order, counsel for Plaintiff submits the following status report:

A. <u>Nature of the Case</u>

    1. Lead attorneys:

        a. Lee Holen for the Plaintiff;
        b. James Dickens for the Defendant, with local counsel Peter Gruenstein.

    2. Title VII, 42 U.S.C. § 2000e et seq., provides the basis of federal jurisdiction in this case.

    3. Plaintiff asserts claims of race discrimination, hostile work environment, and illegal retaliation.

4. All parties have been served.

5. The principal legal issues identified to date are set out in the Parties Scheduling and Planning Conference Report, Docket #11, dated October 10, 2005.

6. The principal factual issues identified to date are set out in the Parties Scheduling and Planning Conference Report, Docket #11, dated October 10, 2005.

B. Discovery

1. The Initial Disclosures have been exchanged, along with some documentary discovery. Depositions need to be completed.

2. Plaintiff's unopposed motion to extend the previously set pretrial calendar for three months has been granted, and was the only pending motion. At this time, there are no further anticipated motions.

3. There are no previously entered rulings or substantive orders.

4. Other than the Scheduling and Planning Conference Report, there are no previously filed status reports.

C. Trial

1. It is anticipated that trial will take 5 days, if necessary, and a jury has been requested.

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

D. Settlement

1. There have been no settlement discussions to date, but counsel anticipate having discussions and will consider at that time if ADR is necessary.

Counsel for Plaintiff has conferred with Defendant's counsel and has been authorized to file this status report on behalf of the parties.

DATED this 18th day of May, 2006.

> LEE HOLEN LAW OFFICE
> Attorney for Plaintiff
>
> By: s/Lee Holen
>     Lee Holen
>     Alaska Bar No. 7810027

Certificate of Service
I certify that a copy of the foregoing was electronically transmitted on the 18th day of May, 2006, to James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office

Lee Holen Law Office
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net