LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-169 CI (TMB) |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORE, INC., ) | |
| ) | |
| Defendant. ) | **NOTICE OF RIGHT TO SUE** |
| _____) | |

Plaintiff, James Breland, hereby files his Notice of Right to Sue, issued on June 9, 2005, by the U.S. Equal Employment Opportunity Commission.

DATED this 22nd day of June, 2006.

                                                LEE HOLEN LAW OFFICE
                                              Attorney for Plaintiff

                                     By: s/Lee Holen
                                              608 W. 4th Avenue, Suite 21
                                              Anchorage, Alaska 99501
                                              Phone: (907) 278-0298
                                              Fax: (907) 278-0247
                                              E-mail: leeholen@gci.net
                                              Alaska Bar No. 7810027

Certificate of Service
I hereby certify that on the 22nd day of June, 2006, a copy of the foregoing Preliminary Witness List was served electronically on James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net