James R. Dickens  
MILLER NASH LLP  
4400 Two Union Square  
601 Union Street  
Seattle, WA 98101-2352  
Telephone: (206) 622-8484  
Fax: (206) 622-7485  
jim.dickens@millernash.com

Peter Gruenstein  
GRUENSTEIN & HICKEY  
Resolution Plaza  
1029 W. 3rd Avenue, Suite 510  
Anchorage, AK 99501  
Telephone: (907) 258-4338  
Fax: (907) 258-4350  
ghlaw3@gci.net

    Attorneys for Defendant

Hon. Timothy M. Burgess

UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA

JAMES BRELAND,

    Plaintiff,

v.

FRED MEYER STORES, INC.,

    Defendant.

Case No. A05-169 CI (TMB)

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    This matter came before the Court on defendant Fred Meyer's motion for summary judgment.

    The Court has reviewed defendant's motion for summary judgment and memorandum in support thereof; the supporting declarations of Kevin Ruoff and James R. Dickens, with attached exhibits; plaintiff's opposition to defendant's motion for summary

ORDER GRANTING DEFENDANT'S  
MOTION FOR SUMMARY JUDGMENT  
Breland v. Fred Meyer Stores, Inc.  
Case No. A05-169 CI (TMB)  
Page 1 of 3

502470-0080/082506/SEADOCS:243358.1

MILLER NASH LLP  
ATTORNEYS AT LAW  
4400 TWO UNION SQUARE  
601 UNION STREET, SEATTLE WA 98101-2352  
TELEPHONE (206) 622-8484

judgment; the declaration of _____ in response to motion for summary judgment; and defendant's reply memorandum.

The Court deems itself fully advised and rules as follows:

The Court finds that there are no material issues of fact and concludes that defendant Fred Meyer Stores, Inc., is entitled to judgment as a matter of law with regard to the claims alleged by plaintiff James Breland of federal statutory claims against Fred Meyer for discrimination in violation of 42 U.S.C. § 1981; hostile work environment and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*; and a claim under Alaska state law for wrongful discharge contrary to public policy.

Based upon the above findings and conclusions, the Court hereby grants the motion for summary judgment by defendant Fred Meyer Stores, Inc.  All claims by plaintiff James Breland against Fred Meyer Stores, Inc., shall be dismissed with prejudice.  Defendant shall be awarded its costs and fees as authorized.

The Clerk of the Court is directed to send all counsel of record a copy of this Order.

DATED this \_\_\_\_\_ day of _____, 2006.

_____
Timothy M. Burgess
United States District Judge

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page 2 of 3

502470-0080/082506/SEADOCS:243358.1

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, a true and correct copy of the foregoing document was served electronically on:

Lee Holen

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page 3 of 3

502470-0080/082506/SEADOCS:243358.1