James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484
Fax: (206) 622-7485
jim.dickens@millernash.com

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Telephone: (907) 258-4338
Fax: (907) 258-4350
ghlaw3@gci.net

    Attorneys for Defendant

Hon. Timothy M. Burgess

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JAMES BRELAND,

    Plaintiff,

v.

FRED MEYER STORES, INC.,

    Defendant.

Case No. A05-169 CI (TMB)

## DECLARATION OF JAMES R. DICKENS

I, James R. Dickens, declare:

1. I am an attorney with the law firm of Miller Nash LLP, attorneys for defendant Fred Meyer Stores, Inc., in the above-referenced matter. I make this declaration based on my personal knowledge and my review of the records, files, and discovery to date.

2. Attached hereto as Exhibit A are excerpts from the deposition of James Breland. I deposed Mr. Breland on June 27, 2006. The excerpts from the deposition include pages 6-7, 11, 14-17, 20, 22, 24-25, 27, 44, 93, 97, 110, 122, 129, 163-164, 175, 187-

Case 3:05-cv-00169-TMB   Document 31   Filed 08/25/2006   Page 2 of 2</a

188, 197-198, 204, 206, 210, 217, 224, 237, and 240. Also attached are various exhibits from Mr. Breland's deposition, to include exhibits 2-4, 7, 13, 19-21, 25-28, and 31.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 25th day of August, 2006.

s/ James R. Dickens
James R. Dickens

CERTIFICATE OF SERVICE

I hereby certify that on August 25th, 2006, a true and correct copy of the foregoing document was served electronically on:

Lee Holen

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DECLARATION OF JAMES R. DICKENS
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page 2 of 2

SEADOCS:243469.1