LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>FRED MEYER STORE, INC., )<br>)<br>      Defendant. )<br>_____) | Case No. A05-169 CI (TMB)<br><br><br><br><br><br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiiff, by and through counsel, hereby moves this court to extend the deadline for discovery motions to September 11, 2006.

**MEMORANDUM IN SUPPORT**

Counsel need additional time for discussion to try and resolve discovery issues. Defendant's lead counsel is in trial and unavailable to explore outstanding issues, and does not oppose this motion.

\\

\\

\\

\\

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

DATED this 31st day of August, 2006.

          LEE HOLEN LAW OFFICE
          Attorney for Plaintiff

By: s/Lee Holen
     608 W. 4th Avenue, Suite 21
     Anchorage, Alaska 99501
     Phone: (907) 278-0298
     Fax: (907) 278-0247
     E-mail: leeholen@gci.net
     Alaska Bar No. 7810071

Certificate of Service

I hereby certify that on the 31st day of August, 2006, a copy of the foregoing Unopposed Motion for Extension of Time was served electronically on James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Unopposed Motion for Extension of Time
Breland v. Fred Meyer Store, Inc.
Page 2 of 2