LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-169 CI (TMB) |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORE, INC., ) | |
| ) | |
| Defendant. ) | **UNOPPOSED MOTION FOR** |
| _____ ) | **EXTENSION OF TIME** |

Plaintiff, by and through counsel, hereby moves this court to extend the deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment to September 22, 2006, and Defendant's Reply to Plaintiff's Opposition to October 6, 2006.

**MEMORANDUM IN SUPPORT**

This motion is not posed to delay this matter. But due to pending depositions and a statute of limitations deadline in another matter, Plaintiff's counsel requests this extension of time to file his summary judgment opposition pleadings.

Counsel have conferred and Defendant's lead counsel does not oppose this motion, and requested and approved the October 6 Reply date.

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

DATED this 6th day of September, 2006.

> LEE HOLEN LAW OFFICE
> Attorney for Plaintiff
>
> By: s/Lee Holen
> 608 W. 4th Avenue, Suite 21
> Anchorage, Alaska 99501
> Phone: (907) 278-0298
> Fax: (907) 278-0247
> E-mail: leeholen@gci.net
> Alaska Bar No. 7810071

Certificate of Service

I hereby certify that on the 6th day of September, 2006, a copy of the foregoing Unopposed Motion for Extension of Time was served electronically on James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Unopposed Motion for Extension of Time
Breland v. Fred Meyer Store, Inc.
Page 2 of 2