LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JAMES BRELAND, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. A05-169 CI (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| FRED MEYER STORE, INC., | ) | **MOTION TO STRIKE OR** |
| | ) | **COMPEL PRODUCTION OF** |
| Defendant. | ) | **DOCUMENTS** |
| _____ | ) | |

    Plaintiff James Breland, by and through his attorney, moves to compel Defendant to produce documents regarding three Fred Meyer employees who were used as comparators to Plaintiff for the very first time in Fred Meyer's Motion for Summary Judgment. In the alternative, this defense of Fred Meyer's and ¶ 22 of the Declaration of Kevin Ruoff (8/24/06), Docket No. 32, should be stricken.

    In accordance with Fed. R. Civ. P. 37(a)(1)(a) and 37(a)(3), counsel certifies that she attempted to informally resolve the matter of Defendant's failure to produce documents without intervention of the court in discussions with Defendant's counsel. Defendant has objected to producing the requested information on the grounds that it is too late to "reopen discovery."

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Plaintiff contends these documents should have been disclosed pursuant to Fed. R. Civ. P. 26(a)(1)(B), that requires disclosure of "all documents…in the possession, custody, or control of the party and that the disclosing party <u>may use to support its claims or defenses</u>…" If Defendant is unwilling to produce the documents to allow Plaintiff an opportunity to adequately prepare his case and consider the alleged comparators, then Defendant may not now rely upon them at trial or in support of its motion for summary judgment.

For these reasons, Plaintiff requests an order compelling production in accordance with this motion, or, in the alternative, that the documents, Ruoff Affidavit ¶ 22, and related defense all should be excluded and stricken from consideration in the summary judgment and at trial.

DATED this 11th day of September, 2006.

> LEE HOLEN LAW OFFICE
> Attorney for Plaintiff
>
> By: s/Lee Holen
> 608 W. 4th Avenue, Suite 21
> Anchorage, Alaska 99501
> Phone: (907) 278-0298
> Fax: (907) 278-0247
> E-mail: leeholen@gci.net
> Alaska Bar No. 7810071

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Certificate of Service
I hereby certify that on the 11th day of September, 2006 a copy of the foregoing Motion to Strike or Compel Production of Documents was served electronically on James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office