LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>FRED MEYER STORE, INC., )<br>)<br>    Defendant. )<br>_____) | Case No. A05-169 CI (TMB)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff, by and through counsel, hereby moves this court to extend the deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment to September 25, 2006, and his Reply to Defendant's Opposition to Plaintiff's Motion Regarding Admissibility of Evidence to September 27, 2006.

**MEMORANDUM IN SUPPORT**

This motion is not posed to delay this matter. Due to an unforeseen deposition to preserve testimony in another case and a personal matter, Plaintiff's counsel requests these short extensions of time to file Plaintiff's summary judgment opposition on September 25 and his reply pleadings on September 27.

Counsel have conferred and Defendant's lead counsel does not oppose this motion.

DATED this 22nd day of September, 2006.

LEE HOLEN LAW OFFICE
Attorney for Plaintiff

By: s/Lee Holen
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
Phone: (907) 278-0298
Fax: (907) 278-0247
E-mail: leeholen@gci.net
Alaska Bar No. 7810071

Certificate of Service

I hereby certify that on the 22nd day of September, 2006, a copy of the foregoing Unopposed Motion for Extension of Time was served electronically on James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Unopposed Motion for Extension of Time
Breland v. Fred Meyer Store, Inc.
Page 2 of 2