LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska  99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JAMES BRELAND, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. A05-169 CI (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| FRED MEYER STORE, INC., | ) | **PROPOSED ORDER ON** |
| | ) | **PLAINTIFF'S UNOPPOSED** |
| Defendant. | ) | **MOTION FOR EXTENSION OF** |
| _____ | ) | **TIME** |

    IT IS SO ORDERED that Plaintiff shall have until September 22, 2006, to file his Opposition to Defendant's Motion for Summary Judgment.  Defendant shall have until October 6, 2006, to file its Reply to Plaintiff's Opposition.

    DATED this _____ day of _____, 2006.

                                                         _____
                                                         Hon. Timothy M. Burgess
                                                         U.S. District Court Judge

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net