LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRED MEYER STORE, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. A05-169 CI (TMB) <br><br> **REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE OR COMPEL PRODUCTION OF DOCUMENTS** |

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Plaintiff moved to compel Fred Meyer to produce documents regarding three Fred Meyer employees used as comparators to Plaintiff for the very first time in Defendant's Motion for Summary Judgment, or, in the alternative, that this defense and ¶ 22 of the Declaration of Kevin Ruoff be stricken. In response, Defendant has indicated it would produce all documents from Kevin Ruoff's personal files, upon which he relied in his decision to terminate the three individuals. Documents were provided on September 29, 2006.

Plaintiff reserves the right to make a motion in limine with regard to the evidence provided and the defense, depending upon a review of the documents and a request to resolve matters with Defendant's counsel.

DATED this 2nd day of October, 2006.

           LEE HOLEN LAW OFFICE
           Attorney for Plaintiff

By: s/Lee Holen
    608 W. 4th Avenue, Suite 21
    Anchorage, Alaska 99501
    Phone: (907) 278-0298
    Fax: (907) 278-0247
    E-mail: leeholen@gci.net
    Alaska Bar No. 7810071

Certificate of Service
I hereby certify that on the 2nd day of October, 2006, a copy of the foregoing Reply to Defendant's Opposition to Plaintiff's Motion to Strike or Compel was served electronically on James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office

Lee Holen Law Office
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Reply to Defendant's Opposition to Plaintiff's
Motion to Strike or Compel Production of Documents
Case No. A05-169 CI (TMB)
Page 2 of 2