James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484
Fax: (206) 622-7485
jim.dickens@millernash.com

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Telephone: (907) 258-4338
Fax: (907) 258-4350
ghlaw3@gci.net

Attorneys for Defendant

Hon. Timothy M. Burgess

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND,<br><br>          Plaintiff,<br><br>     v.<br><br>FRED MEYER STORES, INC.,<br><br>          Defendant. | Case No. A05-169 CI (TMB) |

### DECLARATION OF JAMES R. DICKENS (10/6/06)

I, James R. Dickens, declare:

1.    I am an attorney with the law firm of Miller Nash LLP, attorneys for defendant Fred Meyer Stores, Inc., in the above-referenced matter. I make this declaration based on my personal knowledge and my review of the records, files, and discovery to date.

2.    Attached hereto as Exhibit 1 is a copy of Bryan Stewart's performance appraisal dated April 12, 2004, and signed by Stewart on May 26, 2004.

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

3.    Attached hereto as Exhibit 2 are excerpts from the deposition of Bryan Stewart taken by local counsel, Peter Gruenstein, on July 31, 2006.  The excerpts from the deposition include pages 67-68 and 90-92.

4.    Attached hereto as Exhibit 3 is the Alaska State Commission for Human Rights' summary of its telephone conversation with James Breland on December 17, 2004.

5.    On July 25, 2006, plaintiff took the deposition of Kevin Ruoff, Regional Loss Prevention Manager for defendant, Fred Meyer.  I attended Mr. Ruoff's deposition.

Mr. Ruoff's deposition was not transcribed, but to the best of my recollection and belief, Mr. Ruoff testified as follows:

The February 14, 2005, non-arrest apprehension incident involving James Breland and Paul Kodiak occurred on Mr. Kodiak's first day at work from an extended leave of absence for military service.  Although Mr. Kodiak had received loss-prevention training when he was initially hired, it was company practice for Loss Prevention Specialists such as Mr. Kodiak to be retrained upon return from an extended leave.  However, once Mr. Ruoff determined that Mr. Kodiak's trainee status was unknown to the employees involved in the February 14, 2005, incident, it was not considered further in deciding the appropriate disciplinary consequences.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 6th day of October, 2006.

s/ James R. Dickens
James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
601 UNION STREET, SEATTLE WA 98101-2352
4400 TWO UNION SQUARE
TELEPHONE (206) 622-8484

DECLARATION OF JAMES R. DICKENS (10/6/06)
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006,
a true and correct copy of the foregoing
document was served electronically on:

Lee Holen


s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DECLARATION OF JAMES R. DICKENS (10/6/06)
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page 3 of 3

Employee #: _447176_

# FredMeyer

Fred Meyer Performance Appraisal Form

for salaried employees and hourly management employees

*--(Please use ONLY blue or black ink if completing this document by hand)--*

**Employee's Legal First Name:** Bryan    **Employee's Legal Last Name:** Stewart

**Employee #:** ~~101953~~    **Loc #/Dept:** 018 LPM    **Date:** 4/12/04

**Position:** Loss Prevention Manager    **Month/Year Started Position:** 11/1999

**Supervisor's Name and Position:** Mike Johnson Store Director

**This is an (check one):** ☒ Annual Review   ☐ Other Review

# Part One: Review of Last Year

Complete this section in preparation for a discussion with your employee about his or her performance during the past year.

## General Questions

1. Does the employee consistently meet the expectations for good performance expressed in the job description?

   **Bryan consistantly exceeds company expectations and equivalencies Specifics to be noted in appraisal**

2. Is the employee responsible for achieving budget and/or operating goals in his or her position? If so, complete and submit the appropriate financial performance worksheet, which may be found on FMinfo> HR & Benefits>Performance Management, for the employee's position.

|  | Goal | Actual |
|---|---|---|
| **Shoplifts** | 210 | 395 |
| **Average stop** | 100 | 70 |
| **DE's** | 13 | 08 |
| **Admins** | 3 | 08 |
| **Check recovery** | 8,450 | 10,133 |
| **EAS recoveries** | 4,500 | 3,798 |
| **Shops completed** | 19 | 22 |

REC'D FRED MEYER

NOV 0 2 2004

MO HRD

Exhibit __/__ Page __/__ of __/3__

Employee #: _____ uut7l1lu _____

3.  How well did the employee perform on the objectives that were outlined and agreed upon in the last performance appraisal?

    **Bryan performed extremely well at accomplishing goals outlined in previous appraisal. See above.**

4.  How well did the employee develop his or her direct reports (as defined by either the job description or objectives set in the last performance appraisal)? Give examples:

    **Bryans LPS development is very good. Bryans crew performs at an consistant high level when Bryan is not around.**

REC'D FRED MEYER
NOV 0 2 2004
MO HRD

Exhibit ___1___ Page _2_ of _13_

200266

Employee #: _____ 447176

# Specific Performance Areas

Fred Meyer employees are expected to perform in the areas listed below. Consider the employee's performance in each of these areas and note strengths and opportunities for improvement. Weight each bullet equally when determining the score for a particular area. Cite as many examples as possible.

## 1    Customer Service (external & internal)

- Follows the Service Plus expectations:
    - Dresses professionally
    - Smiles, makes eye contact and greets Customers
    - Offers assistance
    - Listens and acts
    - Thanks Customers and ends transactions
- Treats supervisors and direct reports with fairness and respect
- Has developed the Service Plus Q behaviors of direct reports
- Consistently gets high Service Plus scores

Check one:

☐ 1 - Unsatisfactory
☐ 2 - Needs Improvement
☒ 3 - Fulfills Expectations
☐ 4 - Exceeds Expectations
☐ 5 - Outstanding

*Reason for score:*  **The local police department respects and works well with Bryan. Shoplift apprehensions are treated calmly and fairly.**

## 2    Technical Skills

- Demonstrates the technical skills and knowledge necessary to meet responsibilities
- Serves as a resource for others in area of technical expertise
- Takes steps to maintain and improve professional and technical competence

Check one:

☐ 1 - Unsatisfactory
☐ 2 - Needs Improvement
☐ 3 - Fulfills Expectations
☒ 4 - Exceeds Expectations
☐ 5 - Outstanding

*Reason for score:* **Bryan has the natural ability to prevent shrink in our store.   This store has a high volume of activity and Bryan handeles it very well.  Bryan is very quick at over and short issues.  Bryan can quickly and efficiently identify possible issues with overages or shortages.  Bryan has a clear understanding of teller functions and monitors that piece of the business very well.**

REC'D FRED MEYER

NOV 0 2 2004

MO HRU

Exhibit __1__ Page __3__ of __13__

**200267**

4

Employee #: _____ *u 47174*

## 3  Management Skills

- Sets standards of performance for self and direct reports
- Makes and follows plans for both long-range programs and day-to-day activities and operations
- Establishes clear lines of responsibility and authority for self and direct reports
- Has up-to-date knowledge of all activities under his or her supervision
- Organizes and maintains the systems and procedures required to control departmental activities and achieve desired results
- Makes sound decisions based on available information; anticipates the effect of those decisions on others and the organization
- Manages financial responsibilities effectively

Check one:

- ☐ 1 - Unsatisfactory
- ☐ 2 - Needs Improvement
- ☒ 3 - Fulfills Expectations
- ☐ 4 - Exceeds Expectations
- ☐ 5 - Outstanding

*Reason for score:* **Bryan initiates and completes required job functions.  Bryans crew seems to be somewhat tenative about completing administrative function (not reporting).  Bryan could beenefit greatly from maintaining a working relationship with the teller and oeprations manager.  At this time individuals are somewhat apprehensive to talk with Bryan, intimidated.**

## 4  Leadership Skills

- Sees self as leader; identifies with leadership role
- Demonstrates ability to lead others and inspire performance
- Demonstrates thorough knowledge of company objectives; initiates and executes programs accordingly
- Obtains cooperation and enthusiastic effort from co-workers
- Seeks positive solutions to problems
- Actively seeks out information needed to do the job

Check one:

- ☐ 1 - Unsatisfactory
- ☐ 2 - Needs Improvement
- ☐ 3 - Fulfills Expectations
- ☒ 4 - Exceeds Expectations
- ☐ 5 - Outstanding

*Reason for score:* **Bryan sets example and encourages performance.  Unlike other stores I have seen Bryan has taken his team and turned them into a self starting self motivated group.  Out of 395 stops last year Bryan had 54 his focus on crew training and development has shown tremendous success.**

Exhibit __I__ Page __4__ of __13__

REC'D FRED MEYER

NOV 0 2 2004

MO HRD

Employee #: _____

## 5  Human Relations

- Demonstrates the ability to relate positively to subordinates, co-workers, supervisors, and others
- Praises in public, counsels in private
- Gives Service Plus Q-cards to others to recognize quality service
- Avoids and discourages gossiping and negative comments
- Involves team members in setting vision and direction
- Is perceived positively in regard to dress and appearance

Check one:

- ☐ 1 - Unsatisfactory
- ☐ 2 - Needs Improvement
- ☒ 3 - Fulfills Expectations
- ☐ 4 - Exceeds Expectations
- ☐ 5 - Outstanding

*Reason for score:* Bryan has been involved in all service plus events. Even though his involvement in external customer service is limited he has continued to show support. Bryans has an abraisive manner that has raised some tension amongst the crew, spefically James. This has been handled by Bryan very well and no longer represents an issue.

## 6  Communication

- Sets example by expressing self concisely and effectively
- Demonstrates the ability to clearly express thoughts in written and oral form
- Adapts communication style to the needs of the situation

Check one:

- ☐ 1 - Unsatisfactory
- ☐ 2 - Needs Improvement
- ☐ 3 - Fulfills Expectations
- ☒ 4 - Exceeds Expectations
- ☐ 5 - Outstanding

*Reason for score:* **Bryan communicates well with myself, managers and local area LPM's. Bryan has done a good job of communicating issues and concerns with his supervisors.**

REC'D FRED MEYER

NOV 0 2 2004

MO HRD

Exhibit __1__ Page __5__ of __13__

6

Employee #: _____

## 7  Policy Compliance

(Optional for some positions; at the discretion of Senior or Group Vice President)

- Behaves ethically and legally
- Behaves in alignment with the corporate philosophy
- Complies with all corporate policies and monitors direct reports for adherence to those policies
- Exhibits a high degree of personal integrity, honesty, and fairness at all times
- Promptly reports all complaints or incidents to supervisor and Employee Relations/Human Resources Department (HRD)
- Documents all complaints or incidents
- Monitors disciplined employees for subsequent complaints and/or incidents

Check one:

- ☐ 1 - Unsatisfactory
- ☐ 2 - Needs Improvement
- ☐ 3 - Fulfills Expectations
- ☒ 4 - Exceeds Expectations
- ☐ 5 - Outstanding

*Reason for score:* **Bryan has done an excellent job setting the standard for policy compliance. Bryan has emulated this skill and in turn his crew has also followed his example.**

## 8  Employee Development

- Effectively selects, trains, and develops employees at management and non-management levels
- Provides regular feedback to individuals on job performance
- Demonstrates the ability to retain employees at all levels
- Promotes Fred Meyer career opportunities; mentors employees on career path
- Actively recruits and develops employees based upon qualifications and diversity

Check one:

- ☐ 1 - Unsatisfactory
- ☐ 2 - Needs Improvement
- ☒ 3 - Fulfills Expectations
- ☐ 4 - Exceeds Expectations
- ☐ 5 - Outstanding

*Reason for score:* **No LPMs coming out of Bryans crew, based on the type of hires ex. military other careers and . Overall the crew is well established and when Bryan is not around they continue to focus on the plan. This is also a positive leadership characteristic.**

REC'D FRED MEYER

NOV 0 2 2004

MO HRD

Exhibit __I__ Page __6__ of __13__

200270

Employee #: _____447176_____

## 9   Safety

- Performs job safely
- Demonstrates ability to guide others in accident prevention

Check one:

- ☐ 1 - Unsatisfactory
- ☐ 2 - Needs Improvement
- ☒ 3 - Fulfills Expectations
- ☐ 4 - Exceeds Expectations
- ☐ 5 - Outstanding

*Reason for score:*

## Overall Performance

| Action | Those with Financial Worksheet | Those without Financial Worksheet |
|---|---|---|
| Enter the total of the performance area ratings | | 31 |
| Divide by the number of performance areas rated | | 9 |
| Result = average score for all performance areas | | **3.44** |
| Add the score from the Financial Worksheet | | |
| Result equals the new total | | |
| Divide by 2 | 2 | |
| Overall Score | | |

REC'D ____ __

NOV 0 2 2004

MO HRD

Exhibit __1__ Page __7__ of __13__

8

Employee #: ___447176___

## Performance Objectives

| Performance Objective | Action | Expected Completion Date |
|---|---|---|
| *Example: Improve Customer Service at your location* | *Average a minimum Service Plus score of 93 during the next 6 months* | *1/2/05* |
| Improve communication with Teller and Operation manager. | Talk with each of them weekly. | 7/1/04 |
| | | |
| | | |
| | | |

## Overall Comments

Use the space below for comments about the employee's overall performance:

Bryan has a passion for doing things right, or doing whats right.  Bryan is clear and decisive.  Bryans management style has adapted to the Muldoon environment.  Bryan is involved in management of the overall location.   Bryans ability to identify potential shrink and communicate that observation is unmatched.

REC'D FREE MOVER

NOV 0 2 2004

MO HRD

Exhibit __1__ Page __8__ of __13__

200272

Employee #: _____447176_____

# Part Two: Planning for the Future

Complete this section in preparation for a discussion with your employee about his or her development plan for the coming year.

## Employee Goals

What are the employee's career goals and aspirations?

**Police officer**

What position(s) would the employee like to hold during the next two years?

**LPM**

What position(s) would the employee like to hold during the next five to ten years?

**Police officer**

## Development Plan

Consider what skills and abilities the employee must develop to be ready for promotion.

Use the table below to plan the employee's development objectives and the actions he or she will take to reach them. Specify a date by which the employee must have accomplished each objective.

| Development Objective | Action | Expected Completion Date |
|---|---|---|
| *Example: Expand leadership skills* | *Read the book "Developing the Leader Within You" by John Maxwell* | *1/2/05* |
| **Supervisor developement** | **Excellence in Supervision** | **10/1/04** |
| **Diversity** | **Working in a Diverse environment** | **10/1/04** |
| **Increase management tools** | **Discipline and discharge** | **1/1/05** |
| **Management** | **Employee reviews** | **7/1/04** |

REC'D ____ ____

NOV 0 2 2004

MO FIRD

Exhibit __1__ Page __9__ of __13__

2004 Performance Appraisal Form for Salaried Employees and Hourly Management Employees

**200273**

Employee #: _____

## Employee Comments

Comments, if any, the employee has on this appraisal *(to be completed by the employee being appraised)*:

--(Please use ONLY blue or black ink for signatures)--

_____　　　5/26/04
**Employee's Signature**　　　　　　**Date**
(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)

_____　　　6/26/4
**Appraiser's Signature**　　　　　　**Date**
(Note: Signature indicates that you have reviewed the employee's performance appraisal with him or her.)

_____　　　7/6/04
**Appraiser's Supervisor's Signature**　　**Date**

REC'D _____

NOV 0 2 2004

MO ____

Exhibit ___1___ Page _10_ of _13_

Employee #: _0044717b_

# FredMeyer

Fred Meyer Self-Appraisal Form

for salaried employees and hourly management employees

*--(Please use ONLY blue or black ink if completing this document by hand)--*

**Employee's Legal First Name:** Bryan     **Employee's Legal Last Name:** STEWART

**Employee #:** 447176   **Loc #/Dept:** 00018 | LPM            **Date:** 4/9/2004

**Position:** Loss Prevention Manager     **Month/Year Started Position:** 11/99

**Supervisor's Name and Position:** Mike Johnson DIR / Kevin Ruoff RGLPM

**My job description** ☒ Has ☐ Has Not     been made available to me by my supervisor.

**I** ☒ Have ☐ Have Not    reviewed my job description.

# Part One: Review of Last Year

Complete this section in preparation for a discussion with your manager about your performance during the past year.

1. How well have you met the expectations for successful performance expressed in the job description?

   Check one:

   ☐ 1 - Unsatisfactory
   ☐ 2 - Needs Improvement
   ☐ 3 - Fulfills Expectations
   ☒ 4 - Exceeds Expectations
   ☐ 5 - Outstanding

   Reason for score: Consistantly in top 1% of All LPM's Company wide in a Job well Done.

2. Which objectives set forth on your appraisal from last year did you complete this year?
   Complete new hire Orientations / Met All goals except one

3. Which objectives were not completed or performed this year? Why not?
   Did not meet the 13 DE's For the year

4. List any additional accomplishments or training you have received since your last performance appraisal:
   ACO Training

Exhibit __I__  Page __11__ of __13__

RECO...

NOV 0 2 2004

MO...

Employee #: _00447176_

5. How do you rate your Customer service to external and/or internal Customers?

Check one:

☐ 1 - Unsatisfactory
☐ 2 - Needs Improvement
☒ 3 - Fulfills Expectations
☐ 4 - Exceeds Expectations
☐ 5 - Outstanding

Reason for score: Do Not Deal with EXTERNAL Customers too often Othue than Shoplifters or Customer Complaints

6. If you are a supervisor, what have you done to demonstrate your commitment to hire and promote diverse employees in conformance with Equal Employment Opportunity policy?

Hired A Female LPS in 2003 (Quit)
Hired A Native LPS in 2003 (Quit/Fired)

REC'D FF ......
NOV 0 2 2004
MO HR:

Exhibit __1__ Page _12_ of _13_

13

Employee #: _00 4471 766_

# Part Two: Planning for the Future

Complete this section in preparation for a discussion with your supervisor about his or her development plan for the coming year.

1. What do you feel are your greatest strengths in your current position? _Well rounded in All Loss Prevention areas._

2. In what areas do you need assistance? _Computer Programs._

3. How can your supervisor help you perform your job more effectively? _Get this Store more Tools to Let us do A Better Job._

4. How can you improve your overall performance? _Unknown._

5. What position(s) would you like to see yourself holding in the next two years? How about the next five to ten years? _2 yrs - Still LPM , 5-10 yrs - Police Officer._

6. Are you willing to relocate for promotion opportunities and/or for increased duties/responsibilities? If so, to where? _yes ; Anchorage / Wasilla / Palmer Area._

7. Please add any additional comments below:
   _N/A_

*--(Please use ONLY blue or black ink for signatures)--*

| | |
|---|---|
| Employee's Signature | Date _4/9/2004_ |
| Appraiser's Signature | Date _5/26/4_ |
| Appraiser's Supervisor's Signature | Date |

REC'D
NOV 0 2 2004
MO HRD

Exhibit __1__ Page _13_ of _13_

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE STATE OF ALASKA

3    ─────────────────────────────────────────

4    JAMES BRELAND,

5              Plaintiff,

6         vs.

7    FRED MEYER STORES, INC.,

8              Defendant.
     _____/
9    CASE NO. A05-169 Civ. (JKS)

10

11

12   ─────────────────────────────────────────

          DEPOSITION OF BRYAN KEITH STEWART
13   ─────────────────────────────────────────

14

15

16          Pages 1 - 120; Inclusive

17          Monday, July 31, 2006

18              1:05 p.m.

19

20

         Taken by Counsel for Defendant
21                    at
            Gruenstein & Hickey
22       1029 W. 3rd Avenue, Suite 510
          Anchorage, Alaska  99501

23

24

25

Exhibit  2  Page  1  of  6

Page 67

1    Q.    And it bears the date at the bottom of

2    12/2/04, shows Mr. Mike Blewett's signature.  And he

3    was the store manager at Muldoon -- I'm sorry -- at

4    Dimond, right?

5    A.    Correct.

6    Q.    And it indicates you refused to sign.  Is

7    that correct?

8    A.    Correct.

9    Q.    Why did you refuse to sign?

10   A.    Because I didn't do it.

11   Q.    It was your understanding that by signing

12   it you were agreeing to the accuracy of the

13   allegations?

14   A.    Yes.

15   Q.    And that's the reason that you refused to

16   sign?

17   A.    Correct.

18   Q.    All right.  Did Mr. Ruoff ever talk to you

19   about diversity training?

20   A.    Yes.

21   Q.    Tell me the circumstance, please.

22   A.    I believe it's in my appraisal.  It was,

23   like an objective to complete within the upcoming

24   year, which I went to, again, for the second time.

25   Q.    So you went through diversity training

Page 68

1  twice?

2      A.    Correct.

3      Q.    When was the first time?

4      A.    Probably in '98 or '99.

5      Q.    Right after you were -- what were the

6  circumstances of the first diversity training?

7      A.    It's part of your training, as a loss

8  prevention specialist.  It's one of the requirements;

9  diversity, sexual harassment in the work place, all

10 the courses that you have to take.

11     Q.    So the first time was routine and just an

12 ordinary requirement of your work; is that correct?

13     A.    Correct.

14     Q.    And the second time was when?

15     A.    After this letter, I know.  (Indicating.)

16           It was the next available class they had.

17     Q.    Well, it was after, apparently, December

18 2nd, 2004, that you had the diversity training?

19     A.    Correct.

20     Q.    How long was it?

21     A.    I don't recall.

22     Q.    Where was it?

23     A.    A hotel downtown.  Barratt Inn, I think, or

24 something like that.

25     Q.    Was it during the winter, the spring, do

BRELAND v. FRED MEYERS STORES, INC.

1       A.      Nope.

2       Q.      One of those documents that we looked at

3  was your own self-appraisal, and it indicated, in

4  your own handwriting, that you hired James Breland.

5               Is that accurate?

6       A.      I did not hire him, no.

7       Q.      So why would you put that on your

8  self-appraisal?

9       A.      Store manager told me to put something on

10 there.

11      Q.      Who was the store manager, at the time?

12      A.      Probably, Blewett.

13      Q.      And you recall, he told you to just put

14 something in that blank?

15      A.      Said something, to the effect, has to be in

16 there.

17      Q.      Even if it wasn't true?

18      A.      I don't know.  I don't recall.

19      Q.      Did you ever express the opinion that

20 nobody was going to tell you who to hire, whether

21 they be a minority or a female?

22      A.      No.

23      Q.      When you had openings at Fred Meyer, did

24 you ever encourage a minority person to apply for

25 those openings?

BRELAND v. FRED MEYERS STORES, INC.

Page 91

1       A.     Absolutely.

2       Q.     Who?

3       A.     Jeremiah Telfoa and George -- I can't

4   remember his last name.  He was hispanic, that worked

5   in the home department.

6       Q.     Jeremiah, what was the name?

7       A.     I think it's like Telfoa, Samoan.

8       Q.     What position did you encourage him to

9   apply for?

10      A.     Loss Prevention Specialist.

11      Q.     What position did he hold at the time?

12      A.     Remodel Temporary Security, RTS.

13      Q.     And how about George, the hispanic, what

14  position did you encourage him to apply for?

15      A.     The same position.  I interviewed both of

16  them for the same position.

17      Q.     Did either of them get the position?

18      A.     No, ma'am.

19      Q.     Did a Caucasian male get the position?

20      A.     Yes, he did.

21             But Mr. Ruoff would not let me hire

22  Jeremiah, due -- in not having typing skills was the

23  whole problem.  I wanted to bring Jeremiah on,

24  because he had previous loss prevention experience in

25  California.  But he could not type, and that was a

BRELAND v. FRED MEYERS STORES, INC.                    BRYAN KEVIN STEWART
                                                                      7/31/2006

Page 92

1    requirement for the job.

2        Q.    Before Breland's complaint, in March of

3    2004, did Kevin Ruoff have conversations with you and

4    counsel you about rough and vulgar language in the

5    workplace?

6        A.    Yes.

7        Q.    What did he say to you?

8        A.    I think his quotations were:  "Stop using

9    the 'F-bombs,'" is what he called them.

10       Q.    I'm going to hand you what was marked as

11   Exhibit 55 to an earlier deposition.

12       A.    (Reviewing.)

13       Q.    This is one of Fred Meyer's e-mail

14   messages.  There's kind of a string here, starting

15   with a February 19th, 2004, memo, at the bottom of

16   the first page, from Kevin Ruoff to Bryan Stewart and

17   Mike Johnson.

18             I would like you to just review that, and

19   I'll be wanting to ask if you recall the incident to

20   which he's referring.

21       A.    (Reviewing.)

22             I don't remember the actual incident in

23   question.

24       Q.    Okay.  And do you know, he references there

25   individuals, Paul and James -- or, actually, you do.

# Inquiries

### 18438

| | | | |
|---|---|---|---|
| Taken By: | 52 | Donald Miller | 12/17/2004 |
| Reviewed By: | 0 | Unassigned | |
| Source of Inquiry: | T | Telephone | |
| Regarding: | E | Employment (220) | |
| Bases: | U | Unknown or Nonjurisdictional | |

Complainant     JAMES BRELAND
269-6972

Respondent     Fred Meyer

Earliest Harm:                        Harm not continuing

No 1880 basis              Not advised of 180 day limit

Inquiry Solution:     A3     Lack of jurisdiction, no harm

Summary:     IR works in loss prevention at DeBarr Road store . Loss prevention manager made comments about employees or customers. Referred to them as "field niggers" and said "lets give them a plate of watermelon and fried chicken and maybe they'll take more".

IR lodged complaint in May 04. He said that the employer did not do anything. Loss prevention manager transferred to Dimond store in August and was no longer directly supervising IR. IR heard from coworkers that the comments continued after transfer, and IR lodged a follow up complaint in October. Employer investigated the complaint, also investigated why store director did not properly handle irs complaint in May. Ir said loss prevention manager received a "first and Final" warning in early november. IR did not know if anything was done to the store director. IR had heard that the comments still continue. He has not heard them directly but coworkers at Dimond have told him that the Loss Prevention manager still makes racial comments.Comments are not specifically directed at IR.

I explained to IR that it did not appear he had experienced a direct harm since Loss prevention manager transferred to Dimond in August. Conduct is not occurring in irs workplace and could not take complaint on hearsay

Comments:

CP's Prior inquiry
(Before he was terminated)

Exhibit __3__ Page __1__ of __1__     300024