LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRED MEYER STORE, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. A05-169 CI (TMB) <br><br> **REQUEST FOR ORAL ARGUMENT** |

Plaintiff James Breland, by and through counsel, hereby moves for oral argument on Defendant's Motion for Summary Judgment on all of Plaintiff's claims, as well as related pending motions.

DATED this 10th day of October, 2006.

                LEE HOLEN LAW OFFICE
                Attorney for Plaintiff

                By: s/Lee Holen
                    608 W. 4th Avenue, Suite 21
                    Anchorage, Alaska 99501
                    Phone: (907) 278-0298
                    Fax: (907) 278-0247
                    E-mail: leeholen@gci.net
                    Alaska Bar No. 7810071

Certificate of Service
I hereby certify that on the 10th day of October, 2006, a copy of the foregoing Request for Oral Argument was served electronically on James R. Dickens and Peter E. Gruenstein.
s/Lee Holen
Lee Holen Law Office

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net