LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JAMES BRELAND, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. A05-169 CI (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| FRED MEYER STORE, INC., | ) | **PROPOSED ORDER ON** |
| | ) | **PLAINTIFF'S REQUEST FOR** |
| Defendant. | ) | **ORAL ARGUMENT** |
| _____ | ) | |

    IT IS HEREBY ORDERED that Plaintiff's Request for Oral Argument is granted, and oral argument thereon is set before the undersigned on _____.

    DATED this _____ day of _____, 2006.

                                              _____
                                              Hon. Timothy M. Burgess
                                              U.S. District Court Judge