James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage AK 99501
Telephone: (907) 258-4338

Attorneys for Defendant

Hon. Timothy M. Burgess

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND,<br><br>                Plaintiff,<br><br>        v.<br><br>FRED MEYER STORES, INC.,<br><br>                Defendant. | Case No. A05-169 – CI (TMB) |

## STIPULATION AND ORDER CONTINUING DATE
## FOR ORAL AGRUMENT

### Stipulation

The parties hereto, through their respective counsel, hereby stipulate to a continuance of the oral argument on all pending motions from the currently scheduled date of January 22, 2007, at 2:00 p.m. to a new date of February 12, 2007, at a time to be set by the Court.

STIPULATION AND ORDER CONTINUING      - 1 -
DATE FOR ORAL ARGUMENT
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page - 1 - of 2

SEADOCS:260724.1

_____  _____
Lee Holen                  James R. Dickens
ABA No. 7810071            ABA No. 0610063

Attorney for Plaintiff     MILLER NASH LLP

                                        Attorneys for Defendant

## ORDER

Pursuant to the above stipulation, it is hereby ORDERED that the oral argument on all pending motions previously set for January 22, 2007, at 2:00 p.m. in Courtroom 1 is continued to February 12, 2007, at _____ __.m. in Courtroom 1.

DATED this ____ day of _____, 2007.

_____
Timothy M. Burgess
United States District Judge

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WA 98101-2352
TELEPHONE (206) 622-8484

STIPULATION AND ORDER CONTINUING   - 2 -
DATE FOR ORAL ARGUMENT
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page - 2 - of 2

SEADOCS:260724.1