```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

     JAMES BRELAND                    vs.   FRED MEYER STORE, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:05-CV-00169-TMB

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    MARY HOLEN

                DEFENDANT:    JAMES DICKENS
```

PROCEEDINGS: ORAL ARGUMENT ON ALL PENDING MOTIONS (DKTS 30, 35 AND 39) HELD 2/12/07:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:35 p.m. court convened.

Arguments heard.

Court and counsel heard re Defendant's Motion for Summary Judgment (Dkt 30)and Plaintiff's Motion Ruling on Admissibility of Evidence (Dkt 35); **TAKEN UNDER ADVISEMENT**, written ruling to issue. Plaintiff's Motion to Strike or Compel Production of Documents (Dkt 39); Motion is **MOOT**, parties have resolved issue.

At 2:39 p.m. court adjourned.

DATE: February 12, 2007     DEPUTY CLERK'S INITIALS:     SCL