**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

JAMES BRELAND  v.  FRED MEYER STORES, INC.

HONORABLE TIMOTHY M. BURGESS

DATE: March 22, 2007                              CASE NO. 3:05-cv-00169-TMB

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
Re: Motions at Docket Nos. 35 and 39**

    At Docket No. 35 Plaintiff has moved for an order allowing the admission of certain information concerning conduct that occurred subsequent to Plaintiff's termination and at Docket No. 39 Plaintiff has moved to strike a portion of an affidavit or compel the production of documents.

    The Court has of even date herewith granted the motion of Defendant for summary judgment and dismissed the case.

    Now, therefore,

    IT IS ORDERED THAT Plaintiffs Motion Regarding Admissibility of Evidence at Docket No. 35 and Plaintiff's Motion to Strike or Compel Production of Documents at Docket No. 39 are **DENIED**, as moot.