IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND,<br><br>             Plaintiff,<br>  vs.<br><br>FRED MEYER STORE, INC.,<br><br>             Defendant. | Case No. 3:05-cv-00169-TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

_____     **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X       **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that judgment be entered in favor of the defendant and the action be dismissed on the merits.


APPROVED:


  /s/TIMOTHY M. BURGESS
  **TIMOTHY  M. BURGESS**
United States District Judge



| March 22, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |