James R. Dickens  
MILLER NASH LLP  
4400 Two Union Square  
601 Union Street  
Seattle WA  98101-2352  
Telephone:  (206) 622-8484

Peter Gruenstein  
GRUENSTEIN & HICKEY  
Resolution Plaza  
1029 W. 3rd Avenue, Suite 510  
Anchorage AK  99501  
Telephone:  (907) 258-4338

Attorneys for Defendant

Hon. Timothy M. Burgess

UNITED STATES DISTRICT COURT  
DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND,<br><br>          Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC.,<br><br>          Defendant. | Case No. A05-169 – CI (TMB) |

**NOTICE OF APPLICATION TO TAX COSTS IN FAVOR OF DEFENDANT FRED MEYER STORES, INC., BILL OF COSTS, AND MEMORANDUM FOR COSTS**

NOTICE OF APPLICATION TO TAX COSTS

Pursuant to LR 54.1, NOTICE IS HEREBY GIVEN that defendant Fred Meyer Stores, Inc. will present its memorandum of costs and disbursements to the clerk of the court on April 5, 2007, at 9:00 a.m.  Defense counsel will appear telephonically.

BILL OF COSTS SUMMARIZED

| | |
|---|---:|
| Deposition costs used on summary judgment motion: | $1,534.00 |
| Court reporter fees for deposition: | $630.00 |
| Printing costs: | $25.60 |
| **TOTAL:** | **$2,189.60** |

NOTICE OF APPLICATION TO TAX COSTS  
Breland v. Fred Meyer Stores, Inc.  
Case No. A05-169 CI (TMB)  
Page 1 of 5

SEADOCS:270497.1

## I. **DEPOSITIONS**

Pursuant to 28 U.S.C. § 1920(2), Fred Meyer Stores, Inc. seeks recovery of court reporter deposition costs. The following court reporter deposition costs were necessarily incurred on depositions used on summary judgment (invoice attached):

| | | | |
|---|---|---|---:|
| (a) | Deposition transcript fee for James Breland | | $1,034.45 |
| | (64 deposition pages and exhibits filed with court on summary judgment) | | |
| (b) | Deposition transcript fee for Bryan K. Stewart | | $499.55 |
| | (5 deposition pages filed with court on summary judgment) | | |
| (c) | Court reporter appearance fee for James Breland | | $420.00 |
| (d) | Court reporter appearance fee for Bryan K. Stewart | | $210.00 |

**TOTAL:** **$2,164.00**

## II. **PRINTING COSTS**

Pursuant to 28 U.S.C. § 1920(3), Fred Meyer Stores, Inc. seeks recovery of printing costs for pleadings submitted on summary judgment at $0.16 per page.

| | | | |
|---|---|---|---:|
| (a) | Summary judgment pleadings – 160 pages | | $25.60 |
| | (moving brief, reply brief, and supporting declarations with exhibits) | | |

**TOTAL:** **$25.60**

**TOTAL OF ALL TAXABLE COSTS:** **$2,189.60**

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

## VERIFICATION

STATE OF WASHINGTON )
                     ) ss.
COUNTY OF KING       )

James R. Dickens, being first duly sworn on oath, deposes and states:

1. I am the attorney for defendant Fred Meyer Stores, Inc., the prevailing party in this matter. I have personal knowledge of the costs incurred by defendant in this matter and have reviewed the records and files concerning the costs incurred by the defendant.

2. This cost bill is submitted pursuant to LR 54.1 and is in accord with Fed. R. Civ. P. 54(d) and 28 U.S.C. §§ 1920 and 1923.

3. The items set forth herein are accurate, and are disbursements which were necessarily incurred and the services charged have been actually and necessarily paid to the respective court reporters. The deposition excerpts were necessary to defendant's summary judgment motion and were presented to the court on defendant's summary judgment motion.

s/ James R. Dickens
**James R. Dickens, P.C.**
ABA No. 0610063
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail: jim.dickens@millernash.com

SUBSCRIBED AND SWORN to before me on March 30, 2007.

Gabriele W. Grieger
Notary Public for Washington
GABRIELE W. GRIEGER
(Printed or Stamped Name of Notary)
Residing at Bremerton
My appointment expires: 01/01/09

NOTICE OF APPLICATION TO TAX COSTS
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page 3 of 5

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

SEADOCS:270497.1

## TAXATION OF COSTS

Costs are hereby taxed in the following amount and included in the judgment:

$_____.

DATED this _____ day of _____, 2007.

_____
Clerk of Court

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

NOTICE OF APPLICATION TO TAX COSTS
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page 4 of 5

SEADOCS:270497.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007,
a copy of the foregoing document was served
electronically on:

Lee Holen


*s/ James R. Dickens*

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

NOTICE OF APPLICATION TO TAX COSTS
Breland v. Fred Meyer Stores, Inc.
Case No. A05-169 CI (TMB)
Page 5 of 5

SEADOCS:270497.1