# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501
Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**
MILLER NASH
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

**ATTENTION:** J. DICKENS

## Invoice

| DATE | INVOICE ... |
|---|---|
| 7/11/2006 | 06-7713 |
| **TERMS** | |
| Due on Receipt | |

**REPOR...** CAMPBELL

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/27/2006 | BRELAND v FRED MEYERS STORE, INC.<br>DEPOSITION OF JAMES BRELAND<br><br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits<br>Priority Mail (including subsequent mailing of "Original") | 420.00<br>999.35<br>18.90<br>16.20 |

502470-0080

*Thank you for using Pacific Rim Reporting.*

**Total**  $1,454.45

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

Hand Delivered to
Gruenstein & Hickey
Date: 8/21/06 12:05 pm

**BILL TO:**

Gruenstein & Hickey
500 L Street, Suite 401
Anchorage, Alaska 99501

**ATTENTION:** P. Gruenstein

## Invoice

| DATE | INVOICE ... |
|---|---|
| 8/18/2006 | 06-7903 |
| **TERMS** | |
| Due on Receipt | |

**REPOR...** PECKHAM

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/31/2006 | BRELAND v FRED MEYER STORES, INC.<br>DEPOSITION OF BRYAN STEWART<br><br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | 210.00<br>489.95<br>9.60 |

*Thank you for choosing Pacific Rim Reporting.*     **Total**   $709.55

 

# Check Images

This image contains confidential and personal information. If you print it, please store it in a secure place to prevent unauthorized use or theft of this information. For your safety, we recommend that you shred the document if you choose to discard or destroy the image copy.

**Account # :** 153606467352    **Date Processed:**    07/24/06    **Check # :**    197762    **Amount:**    $1,454.45



