LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRED MEYER STORE, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-169 CI (TMB)<br><br>**AFFIDAVIT OF<br>JAMES BRELAND** |

James Breland, being first duly sworn upon oath, deposes and says:

1) I provide this Affidavit in support of my Objection to Defendant's Bill of Costs. The information I provide is true and correct to the best of my knowledge and belief.

2) I am a divorced father with four children. I work two jobs in order to make ends meet, and sometimes my income does not cover my monthly expenses. It is a difficult balance. I work two jobs in order to make sure my children are taken care of, but that then interferes with my ability to spend time with my children.

3) I work as a Child Support Specialist I for the State of Alaska during the day, and as a security guard at Gottschalks in the evenings and on weekends. My

gross monthly income from the State of Alaska is $3,672.00. In addition to state and federal tax deductions are medical insurance for myself and my children of $151.80, union dues $43.60, PERS/SBS $483.66, child support (3 children) $835.00, leaving a net income of only $1,683.50. My net monthly income from Gottschalks is $928.00, after taxes.

4) Additional average monthly expenses include:

| | | |
|---|---|---|
| a) | Child Support (4th child) | $ 200.00 |
| b) | Day care | $ 242.50 |
| c) | Rent | $ 725.00 |
| d) | Life insurance | $ 92.25 |
| e) | Life insurance for children | $ 17.50 |
| f) | Gas/Electric | $ 185.00 |
| g) | Cable | $ 75.00 |
| h) | Telephone | $ 45.00 |
| i) | Cell phone | $ 92.00 |
| j) | Gasoline | $ 120.00 |
| k) | Auto insurance | $ 76.00 |
| l) | Credit card | $ 25.00 |
| m | Food | $ 400.00 |
| n) | Miscellaneous bills | $ 200.00 |
| | Total expenses | $2,495.25 |

5) As shown above, I have very limited financial resources, especially when compared to Fred Meyer, and I ask the court to order that each party should bear its own costs.

Lee Holen Law Office
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

DATED at Anchorage, Alaska this 4th day of April, 2007.

_____
James Breland

SUBSCRIBED AND SWORN TO before me this 4th day of April, 2007.

_____
Notary Public in and for Alaska
My Commission expires: 1/8/09

Certificate of Service

I hereby certify that on the 4th day of April, 2007, a copy of the foregoing Affidavit of James Breland was served electronically on James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office

Lee Holen Law Office
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net