IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND,<br><br>              Plaintiff,<br>vs.<br><br>FRED MEYER STORE, INC.,<br><br>              Defendant. | Case No. 3:05-cv-00169-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

_____    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X      **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that judgment be entered in favor of the defendant and the action be dismissed on the merits.


APPROVED:


/s/TIMOTHY M. BURGESS
**TIMOTHY M. BURGESS**
United States District Judge



| March 22, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |

Total costs taxed for the defendant and against the plaintiff in the amount of $2,189.60.