LEE HOLEN LAW OFFICE
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
leeholen@gci.net
(907) 278-0298 ph
(907) 278-0247 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES BRELAND, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-169 CI (TMB) |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORE, INC., ) | **MOTION FOR REVIEW OF** |
| ) | **COSTS** |
| Defendant. ) | |
| _____) | |

Pursuant to Fed. R. Civ. P. 54(d)(1), Plaintiff James Breland requests this Court to review the Clerk's taxation of costs entered on April 5, 2007, Docket No. 66.

On March 30, 2007, Defendant Fred Meyer presented its Bill of Costs in Docket No. 62. On April 4, 2007, Plaintiff objected to Defendant's Bill of Costs in Docket No. 63, supported by the Affidavit of James Breland, Docket No. 64. On April 5, Defendant Fred Meyer replied in Docket No. 65.

Plaintiff requests the Court to review the above pleadings and taxation of costs in this action and rule that Plaintiff need not pay costs in this matter.

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

DATED this 10th day of April, 2007.

          LEE HOLEN LAW OFFICE
          Attorney for Plaintiff

By:  s/Lee Holen
      608 W. 4th Avenue, Suite 21
      Anchorage, Alaska 99501
      Phone: (907) 278-0298
      Fax: (907) 278-0247
      E-mail: leeholen@gci.net
      Alaska Bar No. 7810071

Certificate of Service
I hereby certify that on the 10th day of April, 2007, a copy of the foregoing Motion for Review of Costs was served electronically on James R. Dickens and Peter E. Gruenstein.

s/Lee Holen
Lee Holen Law Office

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

Motion for Review of Costs
Breland v. Fred Meyer
Case No. A05-169 CI (TMB)
Page 2 of 2